UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Criminal No. 10-cr-110-01-JD
                                       10-cr-111-01-JD

<u>Jeffrey Merrill</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted; Final Pretrial is rescheduled to date at time; Trial is continued to the two-week period beginning December 7, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    */s/Joseph DiClerico, Jr.*
                                                    Joseph DiClerico, Jr.
                                                    United States District Judge

Date: October 25, 2010


cc: Mark A. Irish, AUSA
    Alexander Cain, Esq.
    U.S. Marshal
    U.S. Probation