```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                          Criminal No. 10-cr-110-01-JD
                                        10-cr-111-01-JD

<u>Jeffrey Merrill</u>

<u>O R D E R</u>

     The assented to motion to reschedule jury trial (document no. 14 ) filed by the government is granted; Trial is continued to the two-week period beginning February 15, 2011, 09:30. Continuance limited to 60 days in the interest of justice so that the defendant can undergo a mental evaluation.

     Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

     SO ORDERED.

                                                  **<u>/s/Joseph A. DiClerico, Jr.</u>**
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: December 7, 2010

cc: Mark A. Irish, AUSA
     Alexander R. Cain, Esq.
     U.S. Marshal
     U.S. Probation