UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.        Criminal Nos. 10-cr-110, 111-01-JD

<u>Jeffrey Merrill</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 22 in 10-cr-110-01-JD, document no. 20 in 10-cr-111-01-JD) filed by defendant Merrill is granted, however the continuance is limited to 45 days in the interest of justice so that an evaluation can be completed. Trial is continued to the two-week period beginning June 21, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                    */s/ Joseph A. DiClerico, Jr.*
                    Joseph A. DiClerico, Jr.
                    United States District Judge

Date: April 5, 2011

cc:    Alexander Cain, Esq.
       Donald Feith, Esq.
       U.S. Marshal
       U.S. Probation